FILED

MAR 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0748-BEN |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., |
| GABRIEL ROGEL DOUGLAS (1), | ) | Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without |
| ERIK RAMIREZ-RODRIGUEZ (2), | ) | Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; |
| Defendants. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |

The United States Attorney charges:

Count 1

On or about February 28, 2008, within the Southern District of California, defendant GABRIEL ROGEL DOUGLAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elias Sierra-Antunez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//

//

WMC:jam:San Diego
3/10/08

<u>Count 2</u>

On or about February 28, 2008, within the Southern District of California, defendant ERIK RAMIREZ-RODRIGUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: March 13, 2008.

KAREN P. HEWITT
United States Attorney

*[signature: Charlotte E. Kaiser for]*

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
3/10/08

2