UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Gabriel Rogel Douglas, et al. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR0748-BEN <br><br> ORDER 08mj0624 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07391298 |

On order of the United States District/(Magistrate Judge,) **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

Elias Sierra-Antunez

DATED: 3-13-08

RECEIVED _____
                DUSM

CATHY ANN BENCIVENGO
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
                Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062