Michael Edmund Burke
Attorney at Law
CSB #98925
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503
Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

Attorneys for Defendant, ERIK RAMIREZ-RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIK RAMIREZ-RODRIGUEZ<br>Defendant. | Case No. 08-CR-0748-BEN<br>SENTENCING:<br>Date: May 19, 2008<br>Time: 9:30 a.m.<br>**JOINT MOTION TO CONTINUE SENTENCING** |

IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED CASE that the sentencing date for ERIK RAMIREZ-RODRIGUEZ set for Monday, May 12, 2008 @ 9:00 a.m. be continued to Monday, May 19, 2008 @ 9:00 a.m.

////

////

////

////

////

////

////

The reason a continuance is needed is because defense counsel has a calendar conflict, and has to appear in Court in El Centro, California on the date currently set for sentencing.

s/Michael Edmund Burke

Dated: May 7, 2008

Michael Edmund Burke,
Attorney for Defendant,
ERIK RAMIREZ-RODRIGUEZ
Email: Burkelaw1@sbcglobal.net

s/Stewart M. Young

Dated: May 7, 2008

Stewart M. Young,
Assistant U.S. Attorney,
Attorney for Plaintiff,
UNITED STATES OF AMERICA
Email: stewart.young@usdoj.gov

CERTIFICATION OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion to Continue Sentencing." I have caused a copy of same to be served via electronic mail upon the following:

Ned Lynch nedlynch@aol.com

Stewart M. Young stewart.young@usdoj.gov, U S Attorney CR Efile.dkt.gc2@usdoj.gov

Linda Lopez Linda_Lopez@fd.org, Pamela_Bishop@fd.org

s/Michael Edmund Burke

Dated: May 7, 2008

Michael Edmund Burke,
Attorney for Defendant,
ERIK RAMIREZ-RODRIGUEZ