1   Michael Edmund Burke
    Attorney at Law
2   CSB #98925
    105 West F Street, 4th Floor
3   San Diego, CA 92101
    Telephone:(619) 234-2503
4   Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

5   Attorneys for Defendant, ERIK RAMIREZ-RODRIGUEZ

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE ROGER T. BENITEZ)

11

UNITED STATES OF AMERICA,        )    Case No. 08-CR-0748-BEN
12                                )
        Plaintiff,                )    SENTENCING:
13                                )
        v.                        )    Date:  May 19, 2008
14                                )    Time:  9:30 a.m.
ERIK RAMIREZ-RODRIGUEZ           )
15                                )    JOINT MOTION
        Defendant.               )    TO CORRECT
16                                )    PLEA AGREEMENT
                                  )
17                                )
                                  )
18 _____ )

19          IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED

20   CASE to correct an error in the Plea Agreement.  It is agreed between the

21   government and the defense that Plea Agreement §4.b(6), which is docketed #18

22   before the Court, should be corrected to read "California Health and Safety Code

23   §11352(A)" in lieu of "California Health and Safety Code §11351.5", which should be

24   deleted [see, e.g. the recently filed Criminal History Report, at page 2, submitted by

25

26

27

28

1  Kurt Womack, Senior U.S. Probation Officer].

2

3                                    s/Michael Edmund Burke

4  Dated: May 7, 2008        _____

5                           Michael Edmund Burke,
                            Attorney for Defendant,
                            ERIK RAMIREZ-RODRIGUEZ
6                           Email: Burkelaw1@sbcglobal.net

7                                    s/Stewart M. Young

8

9  Dated: May 7, 2008        _____

10                          Stewart M. Young,
                            Assistant U.S. Attorney,
                            Attorney for Plaintiff,
11                          UNITED STATES OF AMERICA
                            Email: stewart.young@usdoj.gov

12

13                        CERTIFICATION OF SERVICE

14 I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having

15 e-filed the "Joint Motion to Correct Plea Agreement" I have caused a copy of same to be served

16 via electronic mail upon the following:

17

18 Ned Lynch nedlynch@aol.com

19 Stewart M. Young stewart.young@usdoj.gov, U S Attorney CR Efile.dkt.gc2@usdoj.gov

20 Linda Lopez Linda_Lopez@fd.org, Pamela_Bishop@fd.org

21

22                                    s/Michael Edmund Burke

23 Dated: May 7, 2008        _____

24                          Michael Edmund Burke,

25                          Attorney for Defendant,

                            ERIK RAMIREZ-RODRIGUEZ
26

27

28                                    2