Michael Edmund Burke
Attorney at Law
CSB #98925
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone:(619) 234-2503
Email: Burkelaw1@sbcglobal.net, Burkeslaw@pacbell.net

Attorneys for Defendant, ERIK RAMIREZ-RODRIGUEZ

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIK RAMIREZ-RODRIGUEZ )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Case No. 08-CR-0748-BEN<br><br>SENTENCING:<br><br>Date: May 19, 2008<br>Time: 9:30 a.m.<br><br>**ORDER TO CORRECT**<br>**PLEA AGREEMENT** |

GOOD CAUSE appearing, IT IS HEREBY ORDERED:

That Plea Agreement §4.b(6), which is docketed #18 before the Court, be corrected to read "California Health and Safety Code §11352(A)" in lieu of "California Health and Safety Code §11351.5", which shall be deleted.

DATED: 5/19/08

_____
THE HONORABLE ROGER T. BENITEZ
JUDGE, U.S. DISTRICT COURT